FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00210-CV

Lawrence **LAU**,
Appellant

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07115
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant's Unopposed First Motion to Extend Time to File Appellant's Reply Brief is GRANTED. Appellant's reply brief is due January 17, 2023.

It is so **ORDERED** on January 6, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT